**\*\* E-filed July 7, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KYE SYSTEMS AMERICA CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>PRIMAX ELECTRONICS LTD,<br><br>    Defendant.<br>_____/ | No. C11-80121 MISC LHK (HRL)<br><br>**INTERIM ORDER RE: DEFENDANT'S MOTION TO COMPEL NON-PARTY MOUNT, SPELMAN & FINGERMAN, P.C. TO COMPLY WITH SUBPOENA**<br><br>[Re: Docket No. 1] |

On May 27, 2011, defendant Primax Electronics Ltd. ("Primax") moved for an order compelling non-party lawfirm Mount, Spelman & Fingerman, P.C. ("Mount") to comply with a subpoena Primax served on Mount on March 15, 2011. Docket No. 1 ("MTC").

Upon review of the papers submitted by the parties, it appears that Mount may have produced the requested documents and/or served a privilege log. See Docket No. Accordingly, the Court VACATES the July 12, 2011 hearing and ORDERS the parties to file, no later than July 12, 2011, a joint letter brief, not to exceed four pages, describing which aspects, if any, of Primax's motion are moot and which, if any, remain unresolved. Should any aspects remain unresolved, the Court will decide what further proceedings, if any, are appropriate.

**IT IS SO ORDERED.**

Dated: July 7, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-080121 MISC LHK (HRL) Notice will be electronically mailed to:**

| | |
|---|---|
| Daniel Todd McCloskey | mccloskeyd@gtlaw.com, altamiranot@gtlaw.com, caldwellp@gtlaw.com, svlitdock@gtlaw.com |
| E. Patrick Ellisen | ellisenp@gtlaw.com, AltamiranoT@gtlaw.com, caldwellp@gtlaw.com, svlitdock@gtlaw.com |
| James William Soong | soongj@gtlaw.com, altamiranot@gtlaw.com, svlitdock@gtlaw.com |
| Jing Hong Cherng | gcherng@mount.com, mdavalos@mount.com |
| Valerie Wing Ho | hov@gtlaw.com, lalitdock@gtlaw.com, secondom@gtlaw.com, solorzanom@gtlaw.com |

**See General Order 45 Section IX C.2 and D; Notice has NOT been electronically mailed to:**

Kye Systems America Corporation

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**