**\*\* E-filed July 14, 2011 \*\***

**United States District Court**
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KYE SYSTEMS AMERICA CORPORATION,<br><br>       Plaintiff,<br><br>   v.<br><br>PRIMAX ELECTRONICS LTD,<br><br>       Defendant.<br>_____/ | No. C11-80121 MISC LHK (HRL)<br><br>**ORDER EXTENDING DEADLINE FOR FILING OF LETTER BRIEF RE: DEFENDANT'S MOTION TO COMPEL NON-PARTY MOUNT, SPELMAN & FINGERMAN, P.C. TO COMPLY WITH SUBPOENA**<br><br>**[Re: Docket No. 1]** |

On May 27, 2011, defendant Primax Electronics Ltd. ("Primax") moved for an order compelling non-party lawfirm Mount, Spelman & Fingerman, P.C. ("Mount") to comply with a subpoena Primax served on Mount on March 15, 2011. Docket No. 1 ("MTC").

Upon review of the papers submitted by the parties, the Court vacated the July 12, 2011 hearing on the motion and ordered the parties to file by July 12, 2011 a joint letter brief describing which aspects, if any, of Primax's motion were moot and which, if any, remained unresolved.

On that day, the parties filed a joint letter brief describing their ongoing efforts to resolve the dispute and requesting an extension of the July 12, 2011 deadline for filing the joint letter brief describing any unresolved issues relating to Primax's motion to compel. Good cause appearing, the Court GRANTS the request. No later than July 19, 2011, Primax and Mount shall file a joint letter brief, not to exceed four pages, describing which aspects, if any, of Primax's motion are moot and which, if any, remain unresolved.

1    **IT IS SO ORDERED.**

2    Dated: July 14, 2011

3    _____
     HOWARD R. LLOYD
4    UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1  |  **C11-080121 MISC LHK (HRL) Notice will be electronically mailed to:**

2  |  Daniel Todd McCloskey          mccloskeyd@gtlaw.com, altamiranot@gtlaw.com,
3  |                                 caldwellp@gtlaw.com, svlitdock@gtlaw.com
   |  E. Patrick Ellisen             ellisenp@gtlaw.com, AltamiranoT@gtlaw.com,
4  |                                 caldwellp@gtlaw.com, svlitdock@gtlaw.com
   |  James William Soong            soongj@gtlaw.com, altamiranot@gtlaw.com, svlitdock@gtlaw.com
5  |  Jing Hong Cherng               gcherng@mount.com, mdavalos@mount.com
   |  Valerie Wing Ho                hov@gtlaw.com, lalitdock@gtlaw.com, secondom@gtlaw.com,
6  |                                 solorzanom@gtlaw.com

7  |  **See General Order 45 Section IX C.2 and D; Notice has NOT been electronically mailed to:**

8  |  Kye Systems America Corporation

9  |  **Counsel are responsible for distributing copies of this document to co-counsel who have not
   |  registered for e-filing under the court's CM/ECF program.**

3